UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBIN L. MURASKI,

    Plaintiff,

v.                                           Case No. 03-C-1439

GREG PINGRY,

    Defendant.

## ORDER

This Court, having reviewed the parties' stipulation to dismiss the suit with prejudice and without costs to either party:

IT IS ORDERED that this suit is hereby dismissed with prejudice and without costs to either party.

SO ORDERED.

    Dated at Milwaukee, Wisconsin, this 13th day of June, 2006.

BY THE COURT

s/ Rudolph T. Randa
Rudolph T. Randa
Chief U. S. District Judge